| | |
|---|---|
| **No. 24-7089** | **September Term, 2023** |
| | 1:22-cv-01043-APM |
| | Filed On: June 6, 2024 [2058239] |

National Railroad Passenger Corporation, (Amtrak),

        Appellee

    v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007, with said property interest pertaining to described leasehold interests at Washington Union Station, et al.,

        Appellees

Union Station Investco, LLC and Kookmin Bank Co., LTD., Individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment trust,

        Appellants

## O R D E R

The notice of appeal was filed on June 5, 2024, and docketed in this court on June 6, 2024. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 8, 2024 |
| Docketing Statement Form | July 8, 2024 |
| Entry of Appearance Form | July 8, 2024 |
| Procedural Motions, if any | July 8, 2024 |

| | |
|---|---|
| Statement of Intent to Utilize Deferred Joint Appendix | July 8, 2024 |
| Statement of Issues to be Raised | July 8, 2024 |
| Transcript Status Report | July 8, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | July 8, 2024 |
| Dispositive Motions, if any | July 22, 2024 |

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 8, 2024 |
| Entry of Appearance Form | July 8, 2024 |
| Procedural Motions, if any | July 8, 2024 |
| Dispositive Motions, if any | July 22, 2024 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                       BY:    /s/
                                Hannah N. Gorman

Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases