# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * |
| | *   **CASE NO. 24-7089** |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | * |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al.** | * |
| | * |
| DEFENDANTS. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1, Plaintiff-Appellee Amtrak makes the following disclosure:

1. Amtrak is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. § 24101 et seq.

2. Amtrak has no parent corporation. Amtrak has three wholly owned subsidiaries: Passenger Railroad Insurance Limited ("PRIL") and Washington Terminal Company ("WTC"), and NERI PCC, Inc. ("NERI").

3. The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value). Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premium Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; a wholly owned, not publicly traded subsidiary of Berkshire Hathaway, which is publicly traded), Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%) None of Amtrak's stock is publicly traded.

Dated: July 9, 2024

Respectfully submitted,

**COUNSEL FOR APPELLEE
NATIONAL RAILROAD
PASSENGER CORPORATION**

/s/Lindsay C. Harrison_____
Lindsay C. Harrison
Jessica Ring Amunson
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

/s/Patricia McHugh Lambert_____
Patricia McHugh Lambert
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500 Towson, MD  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com