# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7089**  September Term, 2023

1:22-cv-01043-APM

**Filed On:** July 26, 2024

National Railroad Passenger Corporation, (Amtrak),

      Appellee

    v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007, with said property interest pertaining to described leasehold interests at Washington Union Station, et al.,

      Appellees

Union Station Investco, LLC and Kookmin Bank Co., LTD., Individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment trust,

      Appellants

      **BEFORE:**   Millett, Pillard, and Rao, Circuit Judges

# O R D E R

Upon consideration of the emergency motion for stay pending appeal, the opposition thereto, and the reply; the motion to dismiss the appeal for lack of jurisdiction, the opposition thereto, and the reply; and the letters filed pursuant to Federal Rule of Appellate Procedure 28(j), it is

**ORDERED** that the motion for stay be denied. Appellants have not satisfied the stringent requirements for a stay pending appeal See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). Specifically, appellants have not demonstrated that they are likely to succeed on the merits of the appeal, or that they will be irreparably harmed absent a stay. It is

**FURTHER ORDERED** that the motion to dismiss be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference.

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk